| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | GARY M. LEUIS<br>Special Assistant United States Attorney |
| 3 | MISDEMEANOR UNIT<br>2500 Tulare Street, Suite 4401 |
| 4 | Fresno, California 93721<br>Telephone: (559) 497-4000 |

Attorneys for Plaintiff
   UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:18-po-00174-SAB |
|---|---|
| Plaintiff, | [Citation #7418130 CA/74] |
| v. | MOTION AND ORDER FOR DISMISSAL |
| NICHOLAS C. RIDER, | |
| Defendant. | |

The United States of America, by and through McGregor W. Scott, United States Attorney, and Gary M. Leuis, Special Assistant United States Attorney, hereby moves to dismiss Case No. 1:18-po-00174-SAB [Citation #7418130 CA/74] against NICHOLAS C. RIDER without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: September 26, 2018         Respectfully submitted,

                                                 McGREGOR W. SCOTT
                                                 United States Attorney

                                 By:    /s/ Gary M. Leuis
                                              GARY M. LEUIS
                                              Special Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that Case Number 1:18-po-00174-SAB [Citation #7418130 CA/74] against NICHOLAS C. RIDER be dismissed without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: __**September 26, 2018**__

UNITED STATES MAGISTRATE JUDGE